UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 96-4349
(CR-95-20)

FILED
AUG 5 - 1996
ASHEVILLE, N. C.
U. S. DISTRICT COURT
WESTERN DISTRICT OF N.C.

UNITED STATES OF AMERICA,

                                        Plaintiff - Appellee,

versus

DOUGLAS WALTER CHILDS,

                                        Defendant - Appellant.

ORDER

The government has filed a motion to dismiss and appellant has filed a response to the motion.

The Court dismisses this appeal.

Entered at the direction of Judge Motz with the concurrence of Judge Niemeyer and Senior Judge Phillips.

                                For the Court

                                /s/ Bert M. Montague

                                Clerk

A True Copy, Teste:
Bert M. Montague, Clerk
BY /s/ _____
Deputy Clerk

United States District Court
for the
Western District of North Carolina
August 5, 1996

swp

* * MAILING CERTIFICATE OF CLERK * *

Re: 1:95-cr-00020

True and correct copies of the attached were mailed by the clerk to the following:

Jerry W. Miller, Esq.
U. S. Attorney's Office
207 U.S. Courthouse Bldg.
100 Otis Street
Asheville, NC 28801-2611

cc:
Judge                          ( )
Magistrate Judge               ( )
U.S. Marshal                   ( )
Probation                      (✓)
U.S. Attorney                  ( )
Atty. for Deft.                ( )
Defendant                      ( )
Warden                         ( )
Bureau of Prisons              ( )
Court Reporter                 (✓)
Courtroom Deputy               ( )
Orig-Security                  ( )
Bankruptcy Clerk's Ofc.        ( )
Other _____         ( )

Date: 8-5-96

Frank G. Johns, Clerk
By: _____
      Deputy Clerk