IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

CRIMINAL CASE NO. 1:95CR20

UNITED STATES OF AMERICA )
)
)
vs. ) **ORDER**
)
)
DOUGLAS WALTER CHILDS )
)

**THIS MATTER** is before the Court on the defendant's motion to permit the filing of a late appeal. The motion is denied.

The defendant claims he asked his attorney to file a direct appeal from his criminal conviction but the appeal was never perfected. Contained within the record are the Notice of Appeal filed on April 25, 1996 by counsel, three days after the imposition of sentence, and the Order of the United States Court of Appeals dismissing the appeal on July 10, 1996. The defendant's claims are therefore frivolous.

**IT IS, THEREFORE, ORDERED** that the defendant's motion to permit the filing of a late notice of appeal is hereby **DENIED**. The Clerk of Court is instructed to provide the defendant with copies of the Notice of Appeal and the Order of Dismissal.

THIS the 5 day of November 1999.

LACY H. THORNBURG
UNITED STATES DISTRICT COURT JUDGE

DOCUMENT SCANNED

United States District Court
for the
Western District of North Carolina
November 8, 1999

* * MAILING CERTIFICATE OF CLERK * *

Re: 1:95-cr-00020

True and correct copies of the attached were mailed by the clerk to the following:

| | |
|---|---|
| Jerry W. Miller, Esq.<br>U. S. Attorney's Office<br>207 U.S. Courthouse Bldg.<br>100 Otis Street<br>Asheville, NC 28801-2611 | Mr. Douglas Walter Childs<br>Reg #11920-058<br>USP<br>601 McDonough Bldv., SE<br>Box PMB<br>Atlanta, GA 30315 |

cc:
Judge                        ( )
Magistrate Judge             ( )
U.S. Marshal                 ( )
Probation                    ( )
U.S. Attorney                ( )
Atty. for Deft.              ( )
Defendant                    (✓)
Warden                       ( )
Bureau of Prisons            ( )
Court Reporter               ( )
Courtroom Deputy             ( )
Orig-Security                ( )
Bankruptcy Clerk's Ofc.      ( )
Other_____      ( )

Copy of Order dated - 11/05/99
Copy of Notice of Appeal - 04/25/96
Copy of Order dated 08/05/96

Date: 11/08/99

Frank G. Johns, Clerk
By: emw
    Deputy Clerk