IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

CRIMINAL NO. 1:95CR20



| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| VS. | ) | ORDER |
| | ) | |
| DOUGLAS WALTER CHILDS | ) | |

**THIS MATTER** is before the Court on the Defendant's motion to amend or alter judgment pursuant to Fed. R. Civ. P. 59(e).

After review of the motion, the Court finds it is totally without merit.

**IT IS, THEREFORE, ORDERED** that the Defendant's motion to amend or alter judgment is hereby **DENIED**.

THIS the ____4th____ day of December, 2001.

_____
LACY H. THORNBURG
UNITED STATES DISTRICT COURT JUDGE

DOCUMENT
SCANNED

United States District Court
for the
Western District of North Carolina
December 4, 2001

* * MAILING CERTIFICATE OF CLERK * *

Re: 1:95-cr-00020

True and correct copies of the attached were mailed by the clerk to the following:

    Jerry W. Miller, Esq.
    U. S. Attorney's Office
    207 U.S. Courthouse Bldg.
    100 Otis Street
    Asheville, NC 28801-2611

cc:
Judge ( )
Magistrate Judge ( )
U.S. Marshal ( )
Probation (✓)
U.S. Attorney ( )
Atty. for Deft. ( )
Defendant (✓)
Warden ( )
Bureau of Prisons ( )
Court Reporter ( )
Courtroom Deputy ( )
Orig-Security ( )
Bankruptcy Clerk's Ofc. ( )
Other_____ ( )

Date: 12-4-01

Frank G. Johns, Clerk
By: _____
    Deputy Clerk