IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

CRIMINAL NO. 1:95CR20

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| VS. | ) | ORDER |
| | ) | |
| DOUGLAS WALTER CHILDS | ) | |

**THIS MATTER** is before the Court on remand with instructions from the Fourth Circuit Court of Appeals. *See, United States v. Childs*, 2005 WL 608217 (4th Cir. 2005).

Having considered the Circuit's decision and this Court being of the opinion that the ends of justice would best be served by dismissing Defendant's "Motion for Temporary Restraining Order in Junction (sic) and Show Cause Order," filed August 24, 2004, so that he may file his action in the appropriate district court,

**IT IS, THEREFORE, ORDERED** that the Defendant's motion is hereby **DISMISSED WITHOUT PREJUDICE.**

THIS the 14th day of April, 2005.

LACY H. THORNBURG
UNITED STATES DISTRICT COURT JUDGE

DOCUMENT SCANNED

United States District Court
for the
Western District of North Carolina
April 14, 2005

siw

* * MAILING CERTIFICATE OF CLERK * *

Re: 1:95-cr-00020

True and correct copies of the attached were mailed by the clerk to the following:

    Douglas Walter Childs
    #11950-058
    U. S. Penitentiary, Box PMB    150160
    601 McDonough Blvd., SE
    Atlanta, Ga   30315

cc:
Judge                         (✓)
Magistrate Judge              ( )
U.S. Marshal                  (✓)
Probation                     (✓)
U.S. Attorney                 (✓)
Atty. for Deft.               ( )
Defendant                     ( )
Warden                        ( )
Bureau of Prisons             ( )
Court Reporter                ( )
Courtroom Deputy              ( )
Orig-Security                 ( )
Bankruptcy Clerk's Ofc.       ( )
Other _____           ( )

Date: 4-14-05

Frank G. Johns, Clerk
By: _____
    Deputy Clerk