UNITED STATES COURT OF APPEALS

FOR THE FOURTH CIRCUIT

FILED
November 15, 2005

No. 05-6811
CR-95-20

UNITED STATES OF AMERICA

    Plaintiff - Appellee

v.

DOUGLAS WALTER CHILDS

    Defendant - Appellant

---

On Petition for Rehearing and Rehearing En Banc

---

The appellant's petition for rehearing and rehearing en banc was submitted to this Court. As no member of this Court or the panel requested a poll on the petition for rehearing en banc, and

As the panel considered the petition for rehearing and is of the opinion that it should be denied,

IT IS ORDERED that the petition for rehearing and rehearing en banc is denied.

Entered for a panel composed of Judge Niemeyer, Judge Motz, and Judge Traxler.

                    For the Court,

                    /s/ Patricia S. Connor
                    _____
                          CLERK