# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

## CRIMINAL CASE NO. 1:95cr20

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | **O R D E R** |
| ) | |
| DOUGLAS WALTER CHILDS. ) | |

**THIS MATTER** is before the Court on the Defendant's Motion to Reconsider. [Doc. 61].

On September 24, 2009, the Defendant, proceeding *pro se*, filed a motion seeking a writ of *error coram nobis* pursuant to the All Writs Act, 28 U.S.C. § 1651 and requesting the appointment of counsel. [Doc. 54]. The Court denied this motion in all respects on October 30, 2009. [Doc. 59]. The Defendant now moves the Court to reconsider its ruling. [Doc. 61]. Having carefully reviewed the Defendant's motion, the Court finds no basis for reconsideration of its prior Order.

Accordingly, **IT IS, THEREFORE, ORDERED** that the Defendant's Motion to Reconsider [Doc. 61] is **DENIED**.

**IT IS SO ORDERED**.

Signed: April 13, 2010

Martin Reidinger
United States District Judge